1066

No. 88–905. KOHLMAN v. BOB MARSHALL ALLIANCE ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–953. PHENIX FEDERAL SAVINGS & LOAN ASSN. v. SHEARSON LEHMAN HUTTON, INC. C. A. 8th Cir. Certiorari denied.

No. 88–967. SCOTTO ET AL. v. UNITED STATES; and

No. 88–1027. ZAUBER v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 857 F. 2d 137.

No. 88–968. BROTHERHOOD OF LOCOMOTIVE ENGINEERS v. NEWTON ET AL.;

No. 88–994. CHICAGO & NORTH WESTERN TRANSPORTATION CO. v. BEARDSLY ET AL.;

No. 88–1169. UNITED TRANSPORTATION UNION v. BEARDSLY ET AL.;

No. 88–1184. BEARDSLY ET AL. v. CHICAGO & NORTH WESTERN TRANSPORTATION CO. ET AL. C. A. 8th Cir. Certiorari denied. Reported below: 850 F. 2d 1255.

No. 88–974. KIAMICHI AREA VOCATIONAL-TECHNICAL SCHOOL DISTRICT NO. 7 v. SHORT; and

No. 88–1148. SHORT v. KIAMICHI AREA VOCATIONAL-TECHNICAL SCHOOL DISTRICT NO. 7. Sup. Ct. Okla. Certiorari denied. Reported below: 761 P. 2d 472.

No. 88–982. WALL STREET PUBLISHING INSTITUTE, INC. v. SECURITIES AND EXCHANGE COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 88–1052. JOHNS-MANVILLE CORP. ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 88–1100. TENNESSEE WILDLIFE RESOURCES AGENCY v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 6th Cir. Certiorari denied.

No. 88–1138. DELTA AIR LINES, INC. v. CRISWELL ET AL. C. A. 9th Cir. Certiorari denied.